# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL DAUSTER., et al., <br><br> Defendants. | Case No.: 1:19-cv-01429 LJO JLT <br><br> ORDER CLOSING THE ACTION AS TO PAUL SCHWARTZ AND BEVERLY SCHWARTZ |

The plaintiff has filed a notice of dismissal as to Paul Schwartz and Beverly Schwartz. (Doc. 9) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action as to Paul Schwartz and Beverly Schwartz.

IT IS SO ORDERED.

Dated: **November 5, 2019**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE