# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL DAUSTER., et al., <br><br> Defendants. | Case No.: 1:19-cv-01429 LJO JLT <br><br> ORDER CLOSING THE ACTION AS KERN MASONRY STRUCTURES, INC., H.A. AND I.A. <br>(Docs. 22, 23) |

The plaintiff has filed a notice of dismissal with prejudice as to Kern Masonry Structures, Inc. (Doc. 22), who has not appeared in this action, and a stipulation to dismiss with prejudice as to defendants H.A. and I.A. (Doc. 23). The stipulation indicates that all parties will bear their own costs and fees (Doc. 23 at 2). Thus, according to Fed. R. Civ.P. 41, the dismissals are effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action as to Kern Masonry Structures, Inc., H.A. and I.A. through their guardians ad litem.

IT IS SO ORDERED.

Dated: **February 19, 2020**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE