# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL DAUSTER., et al.,<br><br>    Defendants. | Case No.: 1:19-cv-01429-NONE-JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE RE: SANCTIONS; ORDER CLOSING THE ACTION<br><br>(Doc. 28) |

The plaintiff has reported that this action can be closed due to a resolution of the related state court action and seeks a voluntary dismissal without prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 28) Thus, the Court **ORDERS**:

1. The order to show cause (Doc. 26) is DISCHARGED;

2. The Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

 Dated: **March 26, 2020**        **/s/ Jennifer L. Thurston**
                     UNITED STATES MAGISTRATE JUDGE